Thyrza Benson Flagg, Individually, and Brooklyn Trust Company and R. Stuyvesant Pierrepont, Trustees, etc., of Mary Benson, Deceased, Appellants, v. Robert Moses and Others, Individually and as Commissioners of the Long Island State Park Commission and Another, Respondents.— Judgment reversed upon the law and new trial granted, costs to appellants to abide the event. The action was tried as one at law. There is no decision in the record. If it be regarded as an equitable action, the judgment must be reversed because in form it is upon the merits, and this could not be without a decision. Treating the action as one at law, we are of opinion that it was for the jury to say whether the individual defendants acted in good faith and to pass upon the measurable adequacy of the appropriation. A general verdict of six cents for the plaintiffs would import that the appropriation was inadequate and that the seizure of the land was illegal. Young, Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents upon the ground that plaintiffs' counsel plainly indicated that the only relief sought was damages, and made no effort whatsoever to prove any damages. Equity should not be required to bother with what really was an academic question.

Anna M. Hicks, Appellant, v. Charles De La Vergne, Respondent.— Order setting aside verdict and granting new trial reversed upon the law, with costs, and verdict* reinstated, upon the ground that the charge, taken as a whole, was a fair and proper submission of the case, and that the refusal to charge the requests, which refusal was assigned as error, was not, as disposed of by the trial court, erroneous in law. We are also of opinion that the verdict was neither contrary to nor against the weight of the evidence. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

Annie Hillicke, Appellant, v. Herman Hillicke, Respondent.— Order modified to the extent of opening plaintiff's default and vacating judgment in so far as the alleged counterclaim for separation is concerned, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

Thomas J. Howard, Respondent, v. Spring Coal Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

In the Matter of the Judicial Settlement of the Account of Guisippina Parascandola, as Administratrix, etc., of Joseph Auditore, Deceased, and Mechanics Bank, as Trustee, etc., Appellants. National Surety Company and Others, Respondents.— Order of the Surrogate's Court of Kings county denying motion to strike out part of case on appeal affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

John C. Judge, as Trustee of The Laurelton Land Owners Grievance and Movement Association for Redress, Respondent, v. The Continental Bank of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.